# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| KE28 | 9173077 | Codey Hensley | 266 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 06/17/2021
Offense Charged: ☑ CFR  ☐ USC  ☐ State Code
Title 36, CH III, 327.14 (b)

Place of Offense: Lake Cumberland, Pulaski County
Tracts W-2381, W-2376, W-2380, W-2382

Offense Description: Factual Basis for Charge   HAZMAT ☐

Cutting of trees or parts of trees on public property without permission.

### DEFENDANT INFORMATION

Last Name: Hamilton
First Name: James
M.I.: D.

City: Nancy
State: KY
Zip Code: 42554
Date of Birth: [redacted]

☑ Adult  ☐ Juvenile   Sex: ☑ Male  ☐ Female

### VEHICLE

### APPEARANCE IS REQUIRED
A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: 310 South Main Street, London, KY 40741
Date: Will be Notified
Time:

X Defendant Signature: Not Present

Original - CVB Copy

*9173077*

CVB SCAN 12/19/2023 14:53

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 17 June, 20 21 while exercising my duties as a law enforcement officer in the Eastern District of Kentucky, Lake Cumberland, Pulaski County, Ranger Marshall Jennings was contacted by Lee's Ford Marina manager Vince Popplewell about a tree cut that was done by workers hired by the marina on Corps-owned public property on tract W-2381. Ranger Jennings and Ranger Dylan Norton visited the site that morning to investigate. It was observed that trees and parts of trees had been cut in the area. Ranger Jennings and I began a tree inventory on 2 August 2021, where approximately one fourth of the trees were inventoried. Upon returning on 28 September 2021, we found that approximately half of the stumps remaining to be inventoried had been ground and chipped by tracked equipment. The remaining stumps were inventoried on 26 October 2021 by Ranger Jennings, Ranger Norton, and I. On 9 November 2021, Ranger Jennings, Ranger Norton, and I visited a bluff area near Lee's Ford Marina, tracts W-2376, W-2380, and W-2382 following complaints that unauthorized tree cutting had taken place. We found that trees had been cut on Corps managed property. Straight Cut Tree Services were hired to complete an inventory of tree stumps in this area. Mr. James D. Hamilton is the owner of Lee's Ford Marina and adjacent private property.

The foregoing statement is based upon:
✓ my personal observation         ✓ my personal investigation
✓ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/08/2023    Codey Hensley
Date (mm/dd/yyyy)           Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 12/19/2023 14:53