**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO. 6:24-MJ-09002-HAI**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                   **MOTION TO CONTINUE**

**JAMES D. HAMILTON**                                          **DEFENDANT**

\* \* \* \* \*

The United States, by counsel, respectfully moves the Court to continue the bench trial currently scheduled for August 26, 2025, for approximately 30 days. The United States also asks that all other pretrial filing deadlines be continued relative to the new trial date. The United States, in support of the motion, states as follows:

On August 14, 2025, the undersigned received a new monetary settlement offer from the Defendant. Given the scale and complexity of the alleged timber vandalism and the relatively high settlement figure, the undersigned needs time to discuss this offer with the Army Corps of Engineers and consider it fully. Because this case involves a petty offense, the time calculations discussed in the Speedy Trial Act, 18 U.S.C. § 3161, do not apply. See 18 U.S.C. § 3172(2) (defining "offense" under the Speedy Trial Act as federal criminal offenses "other than a Class B or C misdemeanor or an infraction[.]").

                Respectfully submitted,

                PAUL C. McCAFFREY
                ACTING UNITED STATES ATTORNEY

By:   /s/ Justin E. Blankenship
       Assistant United States Attorney
       601 Meyers Baker Rd. Suite 200
       London, KY 40741
       (606) 330-4829
       Justin.Blankenship2@usdoj.gov

## **CERTIFICATE OF SERVICE**

On August 14, 2025, I electronically filed this document through the CM/ECF system will give notice to counsel of record.

                /s/ Justin E. Blankenship
                Assistant United States Attorney